

**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

RE: Case No. 01-15-00942-CV



U.S. POSTAGE ≫ PITNEY BOWES

November 06, 2015

ZIP 77002 **$ 000.35⁰**
02 1W
0001372104 NOV. 06 2015

Style: Thomas Dale Arbogst
    v.   Rainbow of Love

The clerk's record in this appeal has not been timely filed with this c____. The court requests that the record be filed within 30 days of the date of this letter. If the record is not filed by that date, I will refer the matter to the court. If you are unable to file the record by that date, you should request an extension for the court to consider. If the appellant has not made arrangements for paying for the record, please advise the court in writing. See Tex. R. App. P. 35.3 (a)(2) and (b)(3).

T. C. Case # 15-DCV-221171                    Christopher A. Prine, Clerk of the Court



Thomas Dale Arbogst                            REF
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA  71463

7146350000

NIXIE        711   4E 1009        0111/12/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77002206699        ‡3033-02227-06-44

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 16 2015

CHRISTOPHER A. PRINE
CLERK

A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

Find By Number    **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|-------|--------|------|------|-----|-----|
| thomas | | arbogst | ▾ | | ▾ |

**0** Results for search **thomas arbogst**

Clear Form    Search

About the inmate locator & record availability

---

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Ex-Offenders
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

11/17/2015

http://www.bop.gov/inmateloc/